October 8, 1982.

452 A.2d 36

Commercial Banking Corp. v. Smith, et al., Appellants.
Petition for Allowance of Appeal Denied Jan. 6, 1983.

Argued June 21, 1982.

William S. Huganir, for appellants; Marc S. Weisberg, for appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Order affirmed.